**FILED**

MAY 2 0 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENT lee HARDING
(Name of Plaintiff)

12500 BruceVille Rd
(Address of Plaintiff)

ElkGrove, cA 95757

2:21-CV-0922-DB (PC)
(Case Number)

vs.

**COMPLAINT**

CorrectionAl HeAlth Services- Adult DivisioN
SacrAmento County Sheriffs Dept.
SacrAmento County
State of CAliforniA
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☒ Yes    ☐ No

    B. If your answer to A is yes, how many?: _____3_____ Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper
using the same outline.)

      1. Parties to this previous lawsuit:

        Plaintiff BrenT lee hARDING

        Defendants VoAST, SACRAmento county Sheriffs DepT,
SAcRAmento county, STAte of CAliforniA

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983      Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_Eastern District_

3. Docket Number _UNK_

4. Name of judge to whom case was assigned _UNK_

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_Settled_

6. Approximate date of filing lawsuit _2015_

7. Approximate date of disposition _2016_

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☒ Yes      ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
☒ Yes      ☐ No

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?      ☒ Yes      ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _Correctional Health Services_ is employed as _Medical_
_Department_ at _Sacramento County JA.'S_

B. Additional defendants _Sacramento County Sher.'FFS Dept_
_Sacramento County, State of California_

_____

_____

_____

_____

2

IV.     Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

On March 17, 2021 I was Detained In Sacramento County Ja, I Being held for Trial, At the time of Intake I Informed Medical Staff of my Needs Due to Allergy, As well As Emgernt Health Issues I was currently Suffering Including Back And Leg Issues As well As A growth Below my left Eye that I was diagnosed As Skin Cancer that I was waiting for treatment, I was Not Seen At Intake or After Housing, I Sent In one to two medical kites (See Attatched)

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

① Ten Thousand Per day until 5,000,000+ If Issues Are Not Resolved

② Federal conservatorship to Monitor Sacramento Health care Services

③ Injunction Requiring Sacromento County to get me to opthalogist I Demand that

Signed this ___3___ day of _____May_____, 20__21__.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___4-03-21___
(Date)

_____
(Signature of Plaintiff)

1  per day everyday for seven weeks
2  before I was ever seen and when
3  I finally was seen it was only for my eye and
4  I was told I would see a dermatologist in the
5  future I informed staff that the area in question not
6  only was causing pain but affecting my vision, I was
7  told I would just have to deal with it, No remedial
8  plan is in place at this time, I sit here in pain
9  daily not only from my eye but lower back and
10 leg issues that have still not been addressed since
11 the time of incarceration, as well as my gluten
12 Allergy that is handily being ignored, my Due
13 process rights for my issues are being treated
14 with deliberate indifference, I have completed
15 the jails grievance process and received
16 zero response, I have included a copy of medical
17 K'te and medical grievance form's for the courts
18 viewing to show the inmate filing recives no
19 copy so proof cannot be supplied to the courts.
20 Further Sacramento county is also in violation
21 of?
22 Mays vs county of Sacramento 2018-CV-02081 TLN KJN
23 where a key term of settlement was "Adequate
24 medical and mental Health care will be
25 provided"

In proper

Brett Harding

# Health Services Kite

X-Ref: _____

Name: _____
*(Nombre)*

DOB: 
*(Cumpleaños)* _____

Date: 
*(Fecha)* _____

**Check 1 Box Only** *(Checking more than 1 box will cause your kite to be rejected.)*
Marque 1 Caja Sóla (Marcando más de 1 caja causará que su solicitud sea rechazada).

☐ **Medical Services**
Servicios Médicos

☐ **Dental Services**
Servicios Dentales

☐ **Psychiatric Services**
Servicios Psiquiátricos

**Describe your issue or problem** *(Limit to 1 issue or problem)*
*Describa su asunto o problema (Limite a 1 asunto o problema)*

_____

_____

Inmate's Signature:
*Firma de preso* _____

**I authorize Correctional Health Services to provide necessary and appropriate medical care.**
**Autorizo a Servicios de Salud Correccionales a dar el cuido médico que será necesario y apropiado.**

| **Staff Use Only** | **DO NOT WRITE IN THIS BOX** | **Staff Use Only** |
|---|---|---|

☐ Kite rejected because: _____

☐ Kite received and appointment scheduled

Completed By: _____     Date & Time: _____

SACRAMENTO
C O U N T Y

Department of Health Services
Primary Health Division
Correctional Health Services – Adult

| **Grievance Form** | Grievance No. _____ |
|---|---|

**Grievance Type:** (Please check one)

☐ **MEDICAL**          ☐ **MENTAL HEALTH**          ☐ **DENTAL**

Name _____ XREF No. _____ Today's Date _____

**IF YOU ARE HAVING A MEDICAL OR PSYCHIATRIC EMERGENCY NOTIFY AN OFFICER**

Attach Tape

DO NOT WRITE IN THIS AREA

**Statement of Grievance**

Date of Incident:

Explain in detail your complaint below:

SACRAMENTO
C O U N T Y

Department of Health Services
Primary Health Division
Correctional Health Services – Adult

| **Grievance Form** | Grievance No. _____ |
|---|---|

**Grievance Type:** (Please check one)

☐ **MEDICAL**       ☐ **MENTAL HEALTH**       ☐ **DENTAL**

**Name** _____ **XREF No.** _____ **Today's Date** _____

<u>IF YOU ARE HAVING A MEDICAL OR PSYCHIATRIC EMERGENCY NOTIFY AN OFFICER</u>

Attach Tape

DO NOT WRITE IN THIS AREA

| **Statement of Grievance** |
|---|
| Date of Incident: |
| Explain in detail your complaint below: |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |