UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT LEE HARDING, | No. 2:21-cv-00922 KJM SCR |
| Plaintiff, | |
| v. | ORDER |
| CORRECTIONAL HEALTH SERVICES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. On January 31, 2025, defendants Holt and Mencias filed separate motions for summary judgment pursuant to Federal Rule of Civil Procedure 56.[1]  (ECF Nos. 50 and 51.) Plaintiff has not responded to the motions.

Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion[.]" More than 21 days have passed since defendants' filed their respective motions. Therefore, plaintiff will be ordered to file a response to the motion and a statement explaining why he was not able to do so in a timely manner. If plaintiff fails to file a response to the motion or fails to show good cause for his failure to file it on time, this court will deem the failure a waiver of any

---

[1] The court has taken the March 13, 2025, hearing on Holt's motion off calendar pursuant to Local Rule 230(*l*). (See Docket.)

1

opposition to defendants' motion.

Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days of the date of this order, plaintiff shall file the following:

1. A response to defendants' motions for summary judgment (ECF Nos. 50 and 51); and

2. A response to this order explaining why plaintiff was unable to file a timely response to defendants' motion for summary judgment.

DATE: March 3, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE